IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIJAY PUNIA, : | |
|     Petitioner, : | |
| : | |
| v.   : | Civ. No. 26-189 |
| : | |
| MICHAEL T. ROSE, *et al.*, : | |
|     Respondents. : | |
| : | |

**O R D E R**

**AND NOW**, this 27th day of January, 2026, upon consideration of Vijay Punia's Petition (Doc. No. 1) and the Government's Answer (Doc. No. 3), it is hereby **ORDERED** that the Petition (Doc. No. 1) is **GRANTED IN PART** as follows:

1. **Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2)**, and instead may be detained, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).  See Demirel v. Federal Detention Ctr. Philadelphia, No. 25-5488, 2025 WL 3218243 (E.D. Pa. Nov. 18, 2025).  See also Kourouma v. Jamison, No. 26-182, 2026 WL 120208, at *2–3 (E.D. Pa. Jan. 15, 2026) (Marston, J.) ("The Third Circuit's opinion in Khalil . . . does not change the Court's conclusion.") (citing Khalil v. President, United States of America, Nos. 25-2162 and 25-2357, 2026 WL 111933 (3d Cir. Jan. 15, 2026)); Restrepo v. Jamison, No. 25-6518, 2026 WL 141803, at *5 (E.D. Pa. Jan. 2020, 2026) (Leeson, J.) (same).

2. All claims against Bondi, Noem, the Department of Homeland Security, and the Executive Office for Immigration Review are **DISMISSED**.  See Demirel, 2025 WL 3218243, at *2 (quoting Rumsfeld v. Padilla, 542 U.S. 426, 435 (2004)).

3. **On or before February 3, 2026**, Respondents **shall provide** Petitioner with a **bond hearing before an Immigration Judge in accordance with 8 U.S.C. § 1226(a)**.

1

4.  Should the IJ deny bond, Respondents **shall provide** Petitioner the opportunity to appeal to the Board of Immigration Appeals.

**AND IT IS SO ORDERED.**

/s/ Paul S. Diamond
Paul S. Diamond, J.